UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
JAN 22 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**CARL JOHNSON (1-18, 20)**
**ANDREW WALKER (1, 3, 4, 5, 8)**
**TERRANCE TAYLOR (19, 21-29)**

INDICTMENT

NO. 3:25-cr-6-GNS

18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
18 U.S.C. § 924(e)(1)
18 U.S.C. § 981
18 U.S.C. § 982
18 U.S.C. § 1028(b)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1028A(c)
18 U.S.C. § 1343
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 846
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
*(Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances)*

Beginning on a date unknown to the Grand Jury, but at least as early as February 27, 2024, and continuing up to and through on or about October 1, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, **CARL JOHNSON** and **ANDREW WALKER**, defendants herein, conspired with each other and others, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and to distribute 50 grams or more

of methamphetamine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A).

The Grand Jury further charges:

## COUNT 2
*(Distribution of Methamphetamine)*

On or about February 27, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, knowingly and intentionally distributed 5 grams or more of methamphetamine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 3
*(Distribution of Methamphetamine)*

On or about March 6, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON** and **ANDREW WALKER**, defendants herein, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 4
*(Distribution of Methamphetamine)*

On or about March 20, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON** and **ANDREW WALKER**, defendants herein, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 5
*(Distribution of Methamphetamine)*

On or about March 27, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON** and **ANDREW WALKER**, defendants herein, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 6
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about March 27, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 7
*(Possession of a Firearm by a Prohibited Person)*

On or about March 27, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, knowingly possessed, in and affecting commerce, a Velocity Firearms, model VMAC, .45 caliber pistol, bearing serial number P13126; a Russian, model SKS, 7.62 caliber rifle, bearing serial number TH6396K; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about October 5, 2001, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 01-CR-1920, **CARL JOHNSON**, was convicted of the offenses of Theft by Unlawful Taking over $300 (two counts); each a felony;

> On or about June 20, 2003, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 03-CR-0146, **CARL JOHNSON**, was convicted of the offenses of Receiving Stolen Property over $300 (Auto); Obstructing the Identity of a Machine; Unauthorized Use of a Motor Vehicle; and Fraudulent Use of a Credit Card; each a felony, and

On or about September 6, 2006, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 05-CR-1339, **CARL JOHNSON**, was convicted of the offenses of Robbery in the First Degree (nine counts); Fleeing and Evading Police in the First Degree; Criminal Mischief in the First Degree; and Receiving Stolen Property over $300; each a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

The Grand Jury further charges:

## COUNT 8
*(Distribution of Methamphetamine)*

On or about April 10, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON** and **ANDREW WALKER**, defendants herein, aided and abetted by each other and others, known and unknown to the Grand Jury, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 9
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about April 10, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 10
*(Possession of a Firearm by a Prohibited Person)*

On or about April 10, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, knowingly possessed, in and affecting commerce, a Sarsilmaz (Sar Arms), model SAR 9, 9-millimeter caliber pistol, bearing serial number T110221BV87219; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about October 5, 2001, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 01-CR-1920, **CARL JOHNSON**, was convicted of the offenses of Theft by Unlawful Taking over $300 (two counts); each a felony;
>
> On or about June 20, 2003, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 03-CR-0146, **CARL JOHNSON**, was convicted of the offenses of Receiving Stolen Property over $300 (Auto); Obstructing the Identity of a Machine; Unauthorized Use of a Motor Vehicle; and Fraudulent Use of a Credit Card; each a felony, and
> On or about September 6, 2006, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 05-CR-1339, **CARL JOHNSON**, was convicted of the offenses of Robbery in the First Degree (nine counts); Fleeing and Evading Police in the First Degree; Criminal Mischief in the First Degree; and Receiving Stolen Property over $300; each a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

The Grand Jury further charges:

## COUNT 11
*(Distribution of Methamphetamine)*

On or about May 30, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, knowingly and intentionally distributed 50

grams or more of methamphetamine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

The Grand Jury further charges:

## COUNT 12
*(Distribution of Methamphetamine)*

On or about June 5, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

The Grand Jury further charges:

## COUNT 13
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about June 5, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 14
*(Possession of a Firearm by a Prohibited Person)*

On or about June 5, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, knowingly possessed, in and affecting

commerce, a Glock, model 27 Gen 5, .40 caliber pistol, bearing serial number BYAF670; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about October 5, 2001, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 01-CR-1920, **CARL JOHNSON**, was convicted of the offenses of Theft by Unlawful Taking over $300 (two counts); each a felony;
>
> On or about June 20, 2003, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 03-CR-0146, **CARL JOHNSON**, was convicted of the offenses of Receiving Stolen Property over $300 (Auto); Obstructing the Identity of a Machine; Unauthorized Use of a Motor Vehicle; and Fraudulent Use of a Credit Card; each a felony, and
>
> On or about September 6, 2006, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 05-CR-1339, **CARL JOHNSON**, was convicted of the offenses of Robbery in the First Degree (nine counts); Fleeing and Evading Police in the First Degree; Criminal Mischief in the First Degree; and Receiving Stolen Property over $300; each a felony.
>
> In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

The Grand Jury further charges:

## COUNT 15
*(Illegal Possession of a Machine Gun)*

On or about June 5, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, did knowingly possess a machine gun, as defined in Title 26, United States Code, Section 5845(b), that is, one Glock Switch Device, bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

The Grand Jury further charges:

## COUNT 16
### (*Distribution of Methamphetamine*)

On or about September 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

The Grand Jury further charges:

## COUNT 17
### (*Possession of a Firearm in Furtherance of Drug Trafficking*)

On or about September 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 18
### (*Possession of a Firearm by a Prohibited Person*)

On or about September 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, knowingly possessed, in and affecting commerce, a Browning, model Hi Power, 9-millimeter pistol, bearing serial number 245NV56709; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about October 5, 2001, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 01-CR-1920, **CARL JOHNSON**, was convicted of the offenses of Theft by Unlawful Taking over $300 (two counts); each a felony;

On or about June 20, 2003, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 03-CR-0146, **CARL JOHNSON**, was convicted of the offenses of Receiving Stolen Property over $300 (Auto); Obstructing the Identity of a Machine; Unauthorized Use of a Motor Vehicle; and Fraudulent Use of a Credit Card; each a felony, and

On or about September 6, 2006, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 05-CR-1339, **CARL JOHNSON**, was convicted of the offenses of Robbery in the First Degree (nine counts); Fleeing and Evading Police in the First Degree; Criminal Mischief in the First Degree; and Receiving Stolen Property over $300; each a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

The Grand Jury further charges:

## COUNT 19
*(Possession of a Firearm by a Prohibited Person)*

On or about September 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **TERRANCE TAYLOR**, a defendant herein, knowingly possessed, in and affecting commerce, a Browning, model Hi Power, 9-millimeter pistol, bearing serial number 245NV56709; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about November 23, 2015, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 05-CR-0161, **TERRANCE TAYLOR**, was convicted of the offense of Complicity to Trafficking in Marijuana, 8 oz. to Less Than 5 lbs.; a felony.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 20
*(Possession of a Firearm by a Prohibited Person)*

On or about October 1, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **CARL JOHNSON**, a defendant herein, knowingly possessed, in and affecting commerce, a Taurus, model G4, 9-millimeter pistol, bearing serial number ADC087953; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about October 5, 2001, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 01-CR-1920, **CARL JOHNSON**, was convicted of the offenses of Theft by Unlawful Taking over $300 (two counts); each a felony;

> On or about June 20, 2003, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 03-CR-0146, **CARL JOHNSON**, was convicted of the offenses of Receiving Stolen Property over $300 (Auto); Obstructing the Identity of a Machine; Unauthorized Use of a Motor Vehicle; and Fraudulent Use of a Credit Card; each a felony, and

> On or about September 6, 2006, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 05-CR-1339, **CARL JOHNSON**, was convicted of the offenses of Robbery in the First Degree (nine counts); Fleeing and Evading Police in the First Degree; Criminal Mischief in the First Degree; and Receiving Stolen Property over $300; each a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

### SENTENCING ALLEGATION (18 U.S.C. § 924(e)(1))

Before **CARL JOHNSON**, a defendant herein, committed the offenses charged in Counts 7, 10, 14, 18, and 20 of this Indictment, **CARL JOHNSON**, a defendant herein, had at least three previous convictions for offenses committed on occasions different from one another.

The Grand Jury further charges:

## COUNTS 21-28
*(Wire Fraud)*

On or about August 31, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **TERRANCE TAYLOR**, a defendant herein, aided and abetted by another, devised and intended to devise a scheme to defraud, and to obtain money and property belonging to another by means of materially false and fraudulent pretenses, representations, and promises, knowing that such pretenses, representations, and promises were false when made. For the purpose of executing said scheme, **TERRANCE TAYLOR**, and another, knowingly caused to be transmitted by means of wire communications in interstate commerce the following writings, signals, pictures, and sounds, each constituting a separate count of this Indictment:

| Counts | Date | Amount | Description |
| --- | --- | --- | --- |
| 21 | 8/31/24 at 15:38 | $48.87 | **TAYLOR** used Victim #1's debit card at Thornton's 4516 Poplar Level Road, creating a wire transmission from the Western District of Kentucky to a location outside Kentucky. |
| 22 | 8/31/24 at 16:08 | $359.08 | **TAYLOR** used Victim #1's debit card at Nike Oxmoor Mall, 7900 Shelbyville Road, creating a wire transmission from the Western District of Kentucky to a location outside Kentucky. |
| 23 | 8/31/24 at 16:09 | $159.00 | **TAYLOR** used Victim #1's debit card at Nike Oxmoor Mall, 7900 Shelbyville Road, creating a wire transmission from the Western District of Kentucky to a location outside Kentucky. |
| 24 | 8/31/24 at 16:22 | $302.10 | **TAYLOR** used Victim #1's debit card at Macy's Oxmoor Mall, 7900 Shelbyville Road, creating a wire transmission from the Western District of Kentucky to a location outside Kentucky. |
| 25 | 8/31/24 at 16:34 | $1,939.08 | **TAYLOR** used Victim #1's debit card at Macy's Oxmoor Mall, 7900 Shelbyville Road, creating a wire transmission from the Western District of Kentucky to a location outside Kentucky. |
| 26 | 8/31/24 at 16:52 | $523.31 | **TAYLOR** attempted to use Victim #1's debit card at Dick's Sporting Goods, 7900 Shelbyville Road, creating a wire transmission from the Western District of Kentucky to a location outside Kentucky. |

| 27 | 8/31/24 at 16:52 | $523.31 | **TAYLOR** attempted to use Victim #1's debit card at Dick's Sporting Goods, 7900 Shelbyville Road, creating a wire transmission from the Western District of Kentucky to a location outside Kentucky. |
| 28 | 8/31/24 at 22:00 | $45.06 | **TAYLOR** attempted to use Victim #1's debit card at Lucky 7 Food Mart, 2517 7th Street Road, creating a wire transmission from the Western District of Kentucky to a location outside Kentucky. |

In violation of Title 18, United States Code, Sections 1343 and 2.

The Grand Jury further charges:

## COUNT 29
*(Aggravated Identity Theft)*

On or about August 31, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **TERRANCE TAYLOR**, a defendant herein, aided and abetted by another, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, wire fraud as charged in Counts 21-28 of this Indictment, knowing that the means of identification belonged to another actual person.

In violation of title 18, United States Code, Sections 1028A(a)(1) and 2.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as specifically charged in this Indictment, felonies punishable by imprisonment for more than one year, **CARL JOHNSON** and **ANDREW WALKER**, defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendants obtained directly or indirectly, as

a result of said offense, and any and all of the defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), 922(o), 924(a)(2), 924(a)(8), 924(c)(1)(A), and 924(e) as alleged in this Indictment, felonies punishable by imprisonment for more than one year, **CARL JOHNSON**, a defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses, and all ammunition recovered with the firearms.

As a result of committing offenses in violation of Title 18, United States Code, Sections 1028A and 1343 as alleged in Counts 21-29 in this Indictment, **TERRANCE TAYLOR**, a defendant herein, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds obtained, directly or indirectly, as the result of the violations, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2), 1028(b), and Title 28, United States Code, Section 2461.

A TRUE BILL.

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:ECL:01.22.25

UNITED STATES OF AMERICA v. CARL JOHNSON, ANDREW WALKER, and TERRANCE TAYLOR

## PENALTIES

Counts 1, 3, 4, 5, 8, 11, 12, 16: NL 10 yrs./NM Life/NM $10,000,000/both/NL 5 yrs. Supervised Release (each count)
(NL 15 yrs./NM Life/$20,000,000/both/NL 10 yrs. Supervised Release (with notice of one prior qualifying conviction))(each count)
(NL 25 yrs./NM Life/$20,000,000/both/NL 10 yrs. Supervised Release (with notice of two prior qualifying conviction))(each count)

Count 2: NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release
(NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs. Supervised Release (with notice of one prior qualifying conviction))

Counts 6, 9, 13, 17: NL 5 yrs./NM life/$250,000/both/NM 5 yrs. Supervised Release (consecutive)(each count)

Counts 7, 10, 14, 18, 19, 20: NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
(NL 15 yrs./NM Life/$250,000/both/NM 5 yrs. Supervised Release with three qualifying prior convictions pursuant to 18 U.S.C. 924(e))(each count)

Count 15: NM 10 yrs./$250,000/both/NM 3yrs. Supervised Release
Count 21-28: NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Count 29: NL 2 yrs./$250,000/NM 3 yrs. Supervised Release (consecutive)
FORFEITURE

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual $125 per count/other | Felony: | $100 per count/individual $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.  Give bond for payment thereof.

    18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.